JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LEON SORIANO, | ) | NO. CV 18-06726-R (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ORELLANA, et. al., | ) | |
| Defendants | ) | |

Pursuant to the Order revoking in forma pauperis status and dismissing action without prejudice, IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 6, 2019

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE